IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-505-AP**

**INEZ KOSTICH,**

   Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Joint Motion to Amend Briefing Schedule (doc. #6), filed August 7, 2006, is GRANTED. Plaintiff's Opening Brief is due August 24, 2006; Defendant's Response Brief is due September 25, 2006; Plaintiff's Reply Brief is due October 10, 2006.

Dated:  August 8, 2006