IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-505-AP**

**INEZ KOSTICH,**

   Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #14), filed October 31, 2006. This Court has reviewed the file and considered the motion. It is hereby

  **ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). This matter shall be assigned to a different Administrative Law Judge.

  Dated: November 1, 2006

           BY THE COURT:

           *S/John L. Kane*
           JOHN L. KANE, SENIOR JUDGE
           UNITED STATES DISTRICT COURT