UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.  **06-cv-00505-AP**

**INEZ  KOSTICH,**

                Plaintiff,

v.

**LINDA S. McMAHON, Acting Commissioner of Social Security,**

                Defendant.

---

**ORDER FOR EAJA ATTORNEY FEES**

---

Plaintiff filed a Stipulated Motion (doc. #19) for Attorney Fees Under EAJA and supporting Exhibits on January 30, 2007.  The Motion is **GRANTED**. It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of **$2,423.60** to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 30th day of January, 2007.

BY THE COURT:

*S/John L. Kane*
THE HONORABLE JOHN L. KANE
United States District Court Judge