IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-505-AP**

**INEZ KOSTICH,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

# ORDER

Kane, J.

The matter before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) (doc. #21), filed on filed on November 28, 2008. The Motion is **GRANTED**. The court finds that Plaintiff's attorney is entitled to receive from Plaintiff's past due benefits, an additional amount of $9,867.00, which results in a net fee of $6,140.40 after the EAJA fee offset. It is, therefore

**ORDERED** that the Defendant shall pay to Plaintiff's attorney the sum of **$6,140.40** pursuant to 42 U.S.C. § 406(b).

Dated at Denver, Colorado, this 1st day of December, 2008.

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT